**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
vs.    CASE/CITATION NO. 3:15-mj-0030CMK

Molly L. Bryant    **ORDER TO PAY**

SOCIAL SECURITY:
DATE OF BIRTH:
DRIVER'S LICENSE:
ADDRESS:

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 1-12-16    *Molly Bryant*
                 DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

[x] Fine: $ 990.00 and a penalty assessment of $ 10.00 for a TOTAL AMOUNT OF: $ 1,000.00 within _____ days/months; or payments of $ 50.00 per month, commencing 3-1-16 and due on the first of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

Defendant is excluded from entering Whiskeytown until fine paid in full.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~USDC CENTRAL VIOLATIONS BUREAU (SA) POST OFFICE BOX 70896-7363 ATLANTA, GA 30374-0026 Philadelphia, PA 19176~~

~~CLERK USDC 1130 O STREET, RM 5000 FRESNO, CA 93721~~

CLERK, USDC
501 "I" STREET
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 1-12-16    _____
                 U.S. MAGISTRATE JUDGE

Clerk's Office



EDCA-3